UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| vs. | § | NO: WA:25-CR-00068(1)-ADA |
| (1) JAVIER GUTIERREZ-SANCHEZ | § § § | |

**ORDER**

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed October 7, 2025, wherein the defendant (1) JAVIER GUTIERREZ-SANCHEZ waived appearance before this Court and appeared before United States Magistrate Judge Derek T. Gilliland for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) JAVIER GUTIERREZ-SANCHEZ to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) JAVIER GUTIERREZ-SANCHEZ's plea of guilty to Count One (1) is accepted.

Signed this 21st day of October, 2025.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE